Coram: PHIPPS, CHUNG and ROTH, Circuit Judges

S U B M I T T E D

No. 24-1780
Pursuant to 3rd Cir. LAR 34.1(a)

CBV INC.,
Appellant
v.
CHANBOND LLC;
DEIRDRE LEANE;
IPNAV LLC

———

No. 24-2426
Pursuant to 3rd Cir. LAR 34.1(a)

UMOJA ERECTORS LLC,
Appellant
v.
D.A. NOLT, INC.;
NORTH AMERICAN
SPECIALTY INSURANCE COMPANY